IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | | |
| v. | : | CIVIL ACTION |
| | | NO. 16-1693 |
| LESTER D. BOWER a/k/a | | |
| LESTER DENIS BOWER a/k/a | | |
| L. DENIS BOWER | | |
|     Defendant. | : | |

**ORDER**

AND NOW, this 31st day of August, 2016, upon consideration of Plaintiff's Motion to Extend Time to Make Service (Doc. No. 3), it is hereby ORDERED that said Motion is DENIED as moot by reason of Plaintiff's subsequently-filed Waiver of Service (Doc. No. 4).

BY THE COURT:

/s/ C. Darnell Jones, II  J.