## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                         Plaintiff<br><br>v.<br><br>LESTER D. BOWER a/k/a LESTER DENIS<br>BOWER a/k/a L. DENIS BOWER,<br>                         Defendant | No. 16-01693 |

### DEFAULT JUDGMENT

AND NOW, this 21st day of September, 2016, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday, April 08, 2016 and, after due service of process on Defendant, LESTER D. BOWER a/k/a LESTER DENIS BOWER a/k/a L. DENIS BOWER, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, LESTER D. BOWER a/k/a LESTER DENIS BOWER a/k/a L. DENIS BOWER, in the amount of $19,663.80. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 9/21/16

                                                      Clerk, United States District Court
                                                      EasternDistrict of Pennsylvania

                                          By: _____
                                               Deputy Clerk